# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OMAR ROBLES,<br><br>　　Plaintiff<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　Defendants | Case No.: 2:18-cv-02071-APG-CWH<br><br>**Order Directing Defendants to Respond to Motion for Preliminary Injunction** |

Plaintiff Omar Robles filed a motion for preliminary injunction, asserting the defendants have been deliberately indifferent to his serious medical needs, including not sending him to a specialist for nearly a year despite acknowledging he needed one. ECF No. 2. Robles's complaint has not yet been screened, but given the nature of his allegations, I will direct the Attorney General's Office to respond to the motion.

IT IS THEREFORE ORDERED that within seven days from the date of the entry of this order, the Attorney General's Office shall advise the Court whether it will enter a limited notice of appearance on behalf of the defendants only for purposes of responding to the motion for preliminary injunction. Additionally, based on the nature of the allegations, the defendants shall also have seven days from the date of this order to file their response to Robles's motion for preliminary injunction.

IT IS FURTHER ORDERED that if Robles chooses to file a reply, he shall do so within 10 days after the defendants file a response.

IT IS FURTHER ORDERED that the clerk of the court shall electronically serve a copy of this order, a copy of Robles's complaint (ECF No. 1-1), and a copy of Robles's motion for preliminary injunction (ECF No. 2) on the Office of the Attorney General of the State of Nevada,

by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service for any defendant.

DATED this 29th day of November, 2018.

                                                                            _____
                                                                            ANDREW P. GORDON
                                                                            UNITED STATES DISTRICT JUDGE