# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OMAR ROBLES,<br><br>　　　　Plaintiff<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Defendants | Case No.: 2:18-cv-02071-APG-CWH<br><br>**Order Granting Motion to Extend Time to File Reply**<br><br>[ECF No. 10] |

　　　　IT IS ORDERED that plaintiff Omar Robles's motion to extend time to file a reply brief **(ECF No. 10) is GRANTED**. If pro bono counsel is appointed by February 11, 2019, Robles has 45 days after counsel is appointed to file a reply. If pro bono counsel is not appointed by February 11, 2019, Robles shall prepare his own reply and file it by March 4, 2019.

　　　　DATED this 15th day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE