# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OMAR ROBLES, | Case No.: 2:18-cv-02071-APG-CWH |
| Plaintiff | **Order Extending Time to File Reply** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Defendants | |

Pro bono counsel recently accepted this case and has 30 days to meet with plaintiff Omar Robles and return the appointment form to the court.

IT IS ORDERED that the deadline for plaintiff Omar Robles to file a reply to his motion for preliminary injunction is extended to April 5, 2019.

DATED this 21st day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE