# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OMAR ROBLES,<br><br>       Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>       Defendants. | Case No. 2:18-cv-02071-APG-CWH<br><br>**ORDER** |

On March 8, 2019, the court's order appointing pro bono counsel (ECF No. 13) was returned as undeliverable (ECF No. 14). It appears that pro bono counsel subsequently updated his contact information in the court's electronic filing system. The clerk of court is directed to serve a copy of the order appointing counsel (ECF No. 13) on attorney Jason C. Makris electronically and via U.S. mail at the following address:

> Jason C. Makris
> Makris Legal Services, LLC
> 400 S. 4th Street
> Suite 500
> Las Vegas, Nevada 89101

IT IS SO ORDERED.

DATED: March 27, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE