# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OMAR ROBLES,<br><br>　　　Plaintiff<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　Defendants | Case No.: 2:18-cv-02071-APG-CWH<br><br>**Order Extending Time to File Reply** |

IT IS ORDERED that the deadline for plaintiff Omar Robles to file a reply in support of his motion for preliminary injunction is extended to June 14, 2019.

DATED this 31st day of May, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE