JASON C. MAKRIS, ESQ., SBN 11192
MAKRIS LEGAL SERVICES, LLC
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 793-4023
Facsimile: (702) 793-4023
*Attorney for Plaintiff*
*In conjunction with*
*U.S. Dist. Court, District of Nevada*
*Pro Bono Program*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| OMAR ROBLES,<br><br>   Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, SR., *Warden High Desert State Prison,* NEVADA DEPARTMENT OF CORRECTIONS, *ex rel.* STATE OF NEVADA, *et al.,*<br><br>   Defendants. | Case No. 2:18-cv-2071-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF PRELIMINARY INJUNCTION (FIRST REQUEST)** |

COMES NOW Plaintiff OMAR ROBLES, by and through his Appointed Counsel of Record JASON C. MAKRIS, ESQ., and DEFENDANTS BRIAN WILLIAMS, SR., and the NEVADA DEPARTMENT OF CORRECTIONS, by and through their Counsel of Record AARON FORD, ESQ., Attorney General of the State of Nevada and HENRY H. KIM, ESQ., Deputy Attorney General for the State of Nevada and at the request of PLAINTIFF, hereby stipulate and agree to an extension of time from June 14, 2019, in which PLAINTIFF's Reply Brief may be filed with the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. BACKGROUND**

On October 26, 2018, Plaintiff OMAR ROBLES (hereinafter "ROBLES") filed a *Motion for Preliminary Injunction.* ECF 2. DEFENDANTS BRIAN WILLIAMS, SR., and the

NEVADA DEPARTMENT OF CORRECTIONS (hereinafter collectively "DEFENDANTS") filed their *Response to Plaintiff's Motion for Preliminary Injunction* on December 06, 2018. ECF 9. Counsel for ROBLES was appointed and entered an appearance in this matter on April 10, 2019. ECF 16. This Court entered an Order extending the time for ROBLES to file his *Reply Brief to Defendants' Response to Plaintiff's Preliminary Injunction* ("Reply") to June 14, 2019. ECF 17. Counsel for each party agrees and stipulates that PLAINTIFF OMAR ROBLES shall have until June 28, 2019.

Prior to that Order, ROBLES never asked for an extension of time in which to file his Reply Brief to support his Motion for Preliminary Injunction, however the Court did *sua sponte* extend the time to file a Reply. ROBLES now seeks this extension as Appointed Counsel experienced a personal medical issue from which he has only recently recovered. In agreement with Counsel for Defendants', the parties hereby stipulate and agree to provide ROBLES with an extension of time in which to file his Reply Brief.

**IT IS THEREFORE STIPULATED AND AGREED** PLAINTIFF OMAR ROBLES shall have until June 28, 2019 in which to file his Reply to Defendants' Response to Plaintiff's Preliminary Injunction.

DATED this 14th day of June, 2019.

/s/ Jason C. Makris
JASON C. MAKRIS, ESQ. SBN 11192
*Appointed Attorney for Plaintiff*
*In conjunction with U.S. Dist. Court,*
*District of Nevada Pro Bono Program*

/s/ Henry H. Kim .
AARON D. FORD, ESQ.
HENRY H. KIM, ESQ. SBN 14390
*Attorneys for Defendants*

**IT IS SO ORDERED** that the deadline for Plaintiff Omar Robles to file his Reply in support of Plaintiff's Motion for Preliminary Injunction shall be extended to June 28, 2019.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 14, 2018.