UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OMAR ROBLES,<br><br>  Plaintiff<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>  Defendants | Case No.: 2:18-cv-02071-APG-CWH<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 21] |

IT IS ORDERED that plaintiff Omar Robles's second motion to extend time **(ECF No. 21) is GRANTED**. The plaintiff shall have until July 12, 2019 to file a reply brief in support of his motion for a preliminary injunction.

DATED this 8th day of July, 2019.

                                    ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE