# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OMAR ROBLES, | Case No.: 2:18-cv-02071-APG-CWH |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 28] |
| BRIAN WILLIAMS, et al., | |
| Defendants | |

IT IS ORDERED that plaintiff Omar Robles's fifth motion to extend time (ECF No. 28) is GRANTED. The plaintiff shall have until **August 31, 2019** to file a reply brief in support of his motion for a preliminary injunction. Absent extraordinary circumstances, no further extensions will be granted.

DATED this 1st day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE