<8>
1  AARON D. FORD
   Attorney General
2  HENRY H. KIM (Bar No. 14390)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Ave., #3900
   Las Vegas, Nevada 89101
5  (702) 486-3095 (phone)
   (702) 486-3773 (fax)
6  E-mail: hkim@ag.nv.gov

7  *Attorneys for Defendants*
   *Arturo Buen, James Dzurenda,*
8  *Jennifer Nash, and Brian Williams*
</8>

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OMAR ROBLES,<br><br>  Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>  Defendants. | Case No. 2:18-cv-02071-APG-DJA<br><br>**STIPULATION AND ORDER TO STAY AND SCHEDULE A SECOND MEDIATION CONFERENCE (FIRST REQUEST)** |

Plaintiff Omar Robles, by an through counsel, Jason C. Makris, Esq., and Defendants, Arturo Buen, James Dzurenda, Jennifer Nash, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to the following:

///

///

///

Plaintiff and Defendants stipulate and agree that the case should be stayed for another ninety (90) days for the parties to participate in a second mediation conference.

Plaintiff and Defendants stipulate and agree that this Court should order a second mediation conference, as parties had a productive conversation at the Early Mediation Conference on February 14, 2020. Parties believe that another mediation conference will be helpful in resolving this matter.

By: /s/ Jason C. Makris  
    Jason C. Makris  
    *Attorney for Plaintiff*

Date: February 28, 2020

AARON D. FORD  
Attorney General

By: /s/ Henry H. Kim  
    Henry H. Kim (No. 14390)  
    Deputy Attorney General  
    *Attorneys for Defendants*

Date: February 28, 2020

IT IS SO ORDERED:

_____  
United States Magistrate Judge

Dated: March 2, 2020