UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| OMAR ROBLES, | Case No. 2:18-cv-02071-APG-DJA |
|---|---|
| Plaintiff, | **ORDER EXTENDING STAY** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Defendants. | |

This case was referred to the District Court's Inmate Early Mediation Program ("IEM") on November 22, 2019 (ECF 43). The case was stayed for ninety (90) days to February 20, 2020 to allow the Plaintiff and Defendants an opportunity to settle their dispute. A settlement was not reached, but the parties stipulated to another ninety (90) days extension for them to participate in a second mediation conference (ECF 48). This Court granted their request on March 2, 2020 (ECF 49). Due to the pandemic, the mediation session with a court-appointed mediator was not held. The Court now extends the stay until two days after the scheduled IEM. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until two days after the IEM. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

**IT IS SO ORDERED.**

DATED: August 4, 2020.

_____
UNITED STATES MAGISTRATE JUDGE