AARON D. FORD
  Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
E-mail: hkim@ag.nv.gov

*Attorneys for Defendants*
*Arturo Buen, James Dzurenda,*
*Jennifer Nash, Romeo Aranas and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OMAR ROBLES,<br><br>    Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-02071-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF NO. 42)** |

Plaintiff Omar Robles, by an through counsel, Jason C. Makris, Esq., and Defendants, Arturo Buen, James Dzurenda, Jennifer Nash, Romeo Aranas, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to the following:

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff and Defendants stipulate and agree that Defendants may file an answer or a responsive pleading to Plaintiff's Complaint (ECF No. 42) on or before January 7, 2021.

Dated this 23rd of December 2020  Dated this 23rd of December 2020

By: /s/ Jason C. Makris
Jason C. Makris
Attorney for Plaintiff

By: /s/ Henry H. Kim
Henry H. Kim (No. 14390)
Deputy Attorney General
Attorneys for Defendants

IT IS SO ORDERED:

Dated: December 28, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE