JASON C. MAKRIS, ESQ., SBN 11192
MAKRIS LEGAL SERVICES, LLC
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 793-4023
Facsimile: (702) 793-4023
*Attorney for Plaintiff*
*In conjunction with*
*U.S. Dist. Court, District of Nevada*
*Pro Bono Program*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| OMAR ROBLES,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, SR., *Warden High Desert State Prison,* NEVADA DEPARTMENT OF CORRECTIONS, *ex rel.* STATE OF NEVADA, *et al.,*<br><br>        Defendants. | 2:18-cv-02071-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

COMES NOW Plaintiff OMAR ROBLES, by and through his Appointed Counsel of Record JASON C. MAKRIS, ESQ., and DEFENDANTS ROMEO ARANAS, ARTURO BUEN, JAMES DZURENDA, JENNIFER NASH, AND BRIAN WILLIAMS, and the NEVADA DEPARTMENT OF CORRECTIONS, by and through their Counsel of Record AARON FORD, ESQ., Attorney General of the State of Nevada and CHRISTOPHER M. GUY, ESQ., Deputy Attorney General for the State of Nevada hereby stipulate to dismissal pursuant to FRCP 41(a)(1)(A)(ii).

///

///

///

///

1  Each party will bear their own costs.

2  DATED this 01st day of June 2022.                    DATED this 02nd day of June 2022.

3  /s/      Jason C. Makris                             /s/. Christopher M. Guy
   JASON C. MAKRIS, ESQ. SBN 11192                      AARON D. FORD, ESQ.
4  MAKRIS LEGAL SERVICES, LLC                           *Attorney General, State of Nevada*
   400 S. 4th Street, Suite 500                         CHRISTOPHER M. GUY, ESQ.
5  Las Vegas, Nevada 89101                              SBN 15239
   Telephone: (702) 793-4023                            555 E. Washington Avenue, Ste. 3900
6  Facsimile: (702) 793-4023                            Las Vegas, Nevada 89101
   *Attorney for Plaintiff*                             *Attorneys for Defendants*
7  *In conjunction with*
   *U.S. Dist. Court, District of Nevada*
8  *Pro Bono Program*

9

10

   IT IS SO ORDERED:
11
   Dated:___June 3, 2022_____
12

13                                                      _____
                                                        ANDREW P. GORDON
14                                                      UNITED STATES DISTRICT JUDGE

-2-